1  MICHAEL L. ARMITAGE, CA Bar No. 152740
   marmitage@waterskraus.com
2  JOHN S. JANOFSKY, CA Bar No. 74586
3  jjanofsky@waterskraus.com
4  WATERS & KRAUS, LLP                                     JS-6
   222 North Sepulveda Boulevard, Suite 1900
5  El Segundo, California 90245
   Telephone:  (310) 414-8146          cc order, docket
6  Facsimile:   (310) 414-8156         and letter of remand to
7                                      Los Angeles Superior Court, BC365064
8  Attorneys for Plaintiffs

                    **UNITED STATES DISTRICT COURT**

                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE R. VENABLE, individually and as successor in interest to PALMER VENABLE, Deceased, HOBART VENABLE, AMANDA VENABLE and NATHANIEL VENABLE,<br><br>            Plaintiffs,<br><br>   vs.<br><br>CARVER PUMPBORGWARNER MORSE TEC, *et al.*,<br><br>            Defendants. | Case No. CV 08-4823 GPS (RZx)<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO REMAND ACTION TO STATE COURT** |

   Good cause appearing, and based on the stipulation of the parties that the removal of this action was defective because all defendants did not join in or consent to the removal, this action is hereby immediately REMANDED to the Superior Court of the State of California for the County of Los Angeles, Central District, the court in which it was originally filed and from which it was removed.

   **IT IS SO ORDERED.**


Dated: August __28_, 2008           By: __GEORGE P. SCHIAVELLI__
                                    HONORABLE GEORGE P. SCHIAVELLI
                                    UNITED STATES DISTRICT JUDGE

-1-